Chadlen Smith #97703
Full Name/Prisoner Name

ISCC E1 34A
PO Box 70010
Boise, Idaho 83707
Complete Mailing Address

Pro Se
Plaintiff/~~Defendant~~
(~~circle one~~)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

CHADLEN DEWAYNE SMITH )
Plaintiff/Petitioner, )
Full name(s) )
 )
 )
vs. )    CASE NO. 1:22-cv-00527-BLW
 )
 )    MOTION TO COMPEL
BLAINE COUSINS, et al., )    MANDATORY DISCLOSURES
 )
 )
_____ )
Defendant/Respondent(s), )
Full name(s) )
 )
_____ )

COMES NOW, Chadlen Smith, Plaintiff/~~Defendant~~ (~~circle one~~) Pro Se in the above entitled

hereby moves this Court for an Order to Compel Defendants Comply with this Courts Mandatory Disclosure Order dated June 14, 2023.

Defendants Answer was filed November 14, 2024. That would make Mandatory Disclosures due on or by January 13, 2025.

Begin on or around January -16, 2025 Plaintiff began calling

Motion To Compel Mandatory Disclosures    -pg. 1 of 4

Revised 3/24/16

Lake City Law Group at (208) 664-8115 and has left multiple voice messages for Katharine B. Brereton the Defendants attorney of record to request the mandatory disclosures.

Plaintiff has not received any response. Defendants are in violation of this Courts order to provide Mandatory Disclosures and have been for over 23 days.

Plaintiff asks this Court to Compel Defendants to provide Plaintiff with all of the Mandatory Disclosures as outlined in the Courts Standard Dislosure And Discovery Order For Pro Se Prisoner Civil Rights Cases dated June 14, 2023

Plaintiff has in good faith attempted repeatedy to confer with Defendants.

Motion To Compel Mandatory Disclosures   -pg. 2-of 4

Revised 3/24/16

Chadlen Smith declares under oath pursuant to 28 USC 1746, that the foregoing statements are true and correct to the best of Plaintiff's knowledge and belief.

DATED this 5 day of February, 2025.

Further your affiant sayeth naught.

DATED This 5 day of February, 2025.

_____
Signature

**CERTIFICATION UNDER PENALTY OF PERJURY**

I certify under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

Date: 2/5/25

Chadlen Smith
Typed/Printed

_____
Signature

Certification For Motion To
~~AFFIDAVIT~~ OF Compel Mandatory Disclosures - pg. 3 of 4
Revised 3/24/16

_____

_____

_____

_____

_____

_____

Respectfully submitted this __5__ day of __February__ 20__25__.

_____/s/ Chad Smith_____
Plaintiff/~~Defendant~~ (circle one)

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the __5__ day of __February__, 20__25__, I mailed a true and correct copy of the __Motion To Compel Mandatory Disclosures__ via ~~prison mail system for processing to the U.S. mail system to:~~ electronically through the CM/ECF system to be served to Defendants Attorney of record

_____

_____

_____

_____/s/ Chad Smith_____
Plaintiff/~~Defendant~~ (circle one)

Motion To Compel Mandatory Disclosures -pg. 4 of 4
Revised 3/24/16