<u>District Court filing Record</u>

Court: US District Court

Date submitted: 2/5/2025

Date filed: 2/5/2025

Case No.: 1:22-CV-00527-BLW

Inmate Name: Chadlen Smith

Inmate No.: 97703

Document Title: Motion to Compel Mandatory Disclosures

Total Pages: 4 (not including cover page)

Total: 1 of 1

Filed without inmate review: documents provided by Mr. Smith

IDOC Data Sensitivity Classification - L3 Restricted